No. 81–6895.   PAGE *v.* CARLSON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 81–6896.   LONG *v.* SOWDERS.   C. A. 6th Cir.   Certiorari denied.

No. 81–6897.   BEALS *v.* KELLER.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–6900.   JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA ET AL. C. A. 11th Cir.   Certiorari denied.

No. 81–6901.   DELIC *v.* HAYWARD, SHERIFF, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 81–6902.   CLAYBORN *v.* KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 81–6906.   MORGAN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 81–6907.   MCLAIN *v.* HARRIS.   C. A. 2d Cir.   Certiorari denied.

No. 81–6910.   HALIBURTON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–6911.   DAMMONS *v.* STEPHENSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–6913.   BERNHARD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6914.   DRUCKER *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6915.   WEIGANG *v.* SMITH, ATTORNEY GENERAL. C. A. D. C. Cir.   Certiorari denied.

No. 81–6918.   KNOTT *v.* MABRY, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.